IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAYMOND REGINALD PEOPLES, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:23-cv-86 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER

Petitioner Raymond Reginald Peoples, Jr., an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion asking that he be released on bail (doc. #16).

Discussion

In order to obtain bail pending review of a habeas petition, a petitioner must show that he is raising substantial constitutional claims that have a high probability of success, and also that "exceptional circumstances exist which make the grant of bail necessary to make the habeas remedy effective." *Calley v. Callaway*, 496 F.2d 701, 702 (5th Cir. 1974); *see also Watson v. Godwin*, 709 F. App'x 311, 312 (5th Cir. 2018) (applying *Calley* to a § 2254 petition).

In light of the deferential standard of review applicable to habeas petitions, a review of the Petition does not indicate Petitioner asserts grounds for review with a high probability of success. *Awan v. Davis*, 806 F. App'x 326, 326 (5th Cir. 2020). Nor does the Petition present exceptional circumstances which would make granting bail necessary to make habeas relief effective. As a result, Petitioner's motion for release on bail is without merit.

## ORDER

For the reasons set forth above, Petitioner's motion for release on bail is **DENIED**.

**SIGNED this the 9th day of August, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE